## RIDLEY v. PETTY.

No. 9090—Opinion Filed Jan. 28, 1919.

(178 Pac. 689.)

(Syllabus.)

Appeal and Error—Service of Brief—Dismissal.

Where plaintiff in error fails to comply with the rules of this court requiring him to serve a brief on counsel for defendant in error, and at the same time to file 15 copies of his brief with the clerk of the court his case, on being reached for submission, will be dismissed.

Error from District Court, Coal County; J. H. Linebaugh, Judge.

Action between Rhoda Ridley and J. D. Petty. Judgment for the latter, and the former brings error. Dismissed.

George Trice, for plaintiff in error.

J. G. Ralls, and A. T. West, for defendant in error

McNEILL, J. Plaintiff in error failed to

file in this proceeding his brief within the time prescribed by the rules of this court. Nor was any brief filed by him up to the time this cause was reached for submission, or at the present time.

Upon the authority of the following cases, the cause is dismissed: Douglas v. Clayton Town-Site Co., 29 Okla. 9, 115 Pac. 1016; Davis v. Elliott, 25 Okla. 433, 106 Pac. 838; Walker et al. v. Hannewincle, 24 Okla. 152, 103 Pac. 585; Horner et al. v. Goltry & Sons, 23 Okla. 905, 101 Pac. 1111.

All the Justices concur.